In the Matter of MATTHEW BALICH CORPORATION. GERALD BALICH et al., Appellants; MATTHEW BALICH et al., Respondents.

Ughetta, Acting P. J., Brennan, Rabin, Benjamin and Munder, JJ., concur.

In the Matter of 1083 BERGEN CORPORATION, Petitioner, v. NEW YORK CITY ALCOHOLIC BEVERAGE CONTROL BOARD et al., Respondents.

Christ, Acting P. J., Brennan, Hopkins, Benjamin and Munder, JJ., concur.